consideration or decision of this petition. 

No. 10-9732. HAQUE v. IMMIGRATION AND CUSTOMS ENFORCEMENT ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10-9737. HAQUE v. DEPARTMENT OF HOMELAND SECURITY ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10-9744. ROSSATY, AKA ROSSATTI MENDEZ v. HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10-887. DIXON v. EAST COAST MUSIC MALL, 562 U. S. 1287;

No. 10-973. SMITH v. FRIEDMAN ET AL., ante, p. 918;

No. 10-1071. AHMADI v. TEXAS, ante, p. 918;

No. 10-8454. BENSON v. LUTTRELL ET AL., 562 U. S. 1303;

No. 10-8495. YATES v. OHIO, 562 U. S. 1294;

No. 10-8513. JONES v. ROTHENBERG, JUDGE, CIRCUIT COURT OF FLORIDA, MIAMI-DADE COUNTY, ante, p. 906;

No. 10-8518. JUDD v. NEW MEXICO, ante, p. 906;

No. 10-8771. WHITE v. JONES ET AL., ante, p. 920;

No. 10-9199. MYTON v. UNITED STATES, ante, p. 912; and

No. 10-9479. JONES v. UNITED STATES, ante, p. 950. Petitions for rehearing denied.

No. 10-7328. MANN v. BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 562 U. S. 1151. Motion for leave to file petition for rehearing denied.

MAY 25, 2011

No. 10A1138 (10-10608). BEATY v. ARIZONA. Super. Ct. Ariz., County of Maricopa. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.